United States District Court
Southern District of Texas
**ENTERED**
May 26, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SIAVASH J. [1],<br>Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:26-cv-447 |
| MARKWAYNE MULLIN,<br>Respondent. | §<br>§<br>§ | |

**ORDER DENYING PETITIONER'S SECOND MOTION FOR APPOINTMENT OF COUNSEL (Dkt. No. 16)**

Before the Court is Petitioner's "Motion for Appointment of Counsel." Dkt. No. 16. Petitioner previously filed a Motion for Appointment of Counsel, *see* Dkt. No. 12, which the Court considered and denied, *see* Dkt. No. 14. Although Respondents have now filed a response to the Petition, the Court still has not determined an evidentiary hearing is necessary to address the habeas petition under 28 U.S.C. § 2241.[2] Accordingly, for the reasons explained in the Court's previous order, *see* Dkt. No. 14, the Court **DENIES** Petitioner's "Motion for Appointment of Counsel" (Dkt. No. 16). The Clerk of Court is DIRECTED to send a copy via certified mail of the Court's Order at Dkt. No. 14 as well as this order to Petitioner.

Signed on May 26, 2026.

Karen Betancourt

Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.
[2] The Court reiterates that if it later determines an evidentiary hearing is necessary, and Petitioner otherwise qualifies for appointed counsel under 18 U.S.C. § 3006A, the Court will appoint counsel to represent him.