United States District Court
Southern District of Texas

**ENTERED**

July 16, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SIAVASH JAFARI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-447 |
| | § | |
| MARKWAYNE MULLIN, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Siavash Jafari is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. He is subject to a final order of removal, but alleges in this habeas action that his removal is not reasonably foreseeable, warranting his immediate release based on *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Pet., Doc. 1) The Respondents seek summary judgment. (MSJ, Doc. 17)

A United States Magistrate Judge recommends that the Court deny the Petition and deny the Motion for Summary Judgment as moot. (R&R, Doc. 23) No party objected to the Report and Recommendation and the deadline for doing so expired on July 7, 2026.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 18). It is:

**ORDERED** that Petitioner Siavash Jafari's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**; and

**ORDERED** that Respondents' Motion for Summary Judgment (Doc. 17) is **DENIED AS MOOT**.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on July 16, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge